Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Sally M. Jimenez

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| SALLY M. JIMENEZ,<br><br>        Plaintiff,<br><br>  vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:11-cv-01354-SMS<br><br>STIPULATION AND ORDER<br>FOR DISMISSAL |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Sally M. Jimenez ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

///

///

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: February 7, 2012            Respectfully submitted,

                                  ROHLFING & KALAGIAN, LLP

                                        /s/ *Laura E. Krank*
                                  BY:_____
                                  Laura E. Krank
                                  Attorney for plaintiff Sally M. Jimenez

DATE: February 7, 2012

                                  BENJAMIN B. WAGNER.
                                  United States Attorney


                                        /s/ *Brenda Pullin*
                                  _____
                                  Brenda Pullin
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant Michael J. Astrue,
                                  Commissioner of Social Security
                                  (Per e-mail authorization)

IT IS SO ORDERED.

   Dated:  **February 13, 2012**            **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE