1  Laura E. Krank
   Attorney at Law: 220208
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com

5  Attorneys for Plaintiff
   Sally M. Jimenez
6

7
                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF CALIFORNIA
                            FRESNO DIVISION
9

10

11 SALLY M. JIMENEZ,                    )  Case No.: 1:11-cv-01354-SMS
                                        )
12                                      )  STIPULATION AND ORDER
             Plaintiff,                 )  FOR DISMISSAL
13                                      )
        vs.                             )
14 MICHAEL J. ASTRUE,                   )
   Commissioner of Social Security,     )
15                                      )
                                        )
16           Defendant.                 )
                                        )
17 _____)

18
        TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE
19
   OF THE DISTRICT COURT:
20
        IT IS HEREBY STIPULATED by and between Sally M. Jimenez
21
   ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security
22
   ///
23
   ///
24
   ///
25
   ///
26

                                   -1-

1   ("Defendant"), that this matter be dismissed with prejudice, each party to bear its

2   own fees, costs, and expenses.  The parties enter into this stipulation pursuant to

3   the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate

4   order of the Court.

5   DATE: February 7, 2012           Respectfully submitted,

6                                    ROHLFING & KALAGIAN, LLP

7                                         /s/ *Laura E. Krank*
                                     BY:_____
8                                    Laura E. Krank
                                     Attorney for plaintiff Sally M. Jimenez
9

10  DATE: February 7, 2012

11                                   BENJAMIN B. WAGNER.
                                     United States Attorney
12

13
                                          /s/ *Brenda Pullin*
14                                   _____
                                     Brenda Pullin
15                                   Special Assistant United States Attorney
                                     Attorneys for Defendant Michael J. Astrue,
16                                   Commissioner of Social Security
                                     (Per e-mail authorization)
17

18

19

20  IT IS SO ORDERED.

21     Dated:   **February 13, 2012**            **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

-2-